**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LEIGH ANN HARRISON**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 07-424-GMS** |
| | ) | |
| **STATE OF DELAWARE,** | ) | |
| **DELAWARE DEPARTMENT OF HEALTH** | ) | |
| **AND SOCIAL SERVICES,** | ) | |
| | ) | |
| **Defendants** | ) | |

**SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that Deputy Attorney General Kevin R. Slattery hereby

enters his appearance on behalf of the following Defendants: Vincent Meconi and the Delaware

Department of Health and Social Services in place of Deputy Attorney General Patricia D. Murphy.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Kevin R. Slattery | /s/ Patricia Murphy |
| Kevin R. Slattery (I.D. #2297) | Patricia D. Murphy (I.D. #3857) |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| 820 N. French Street, 6th Floor | 102 W. Water St. |
| Wilmington, DE 19801 | Dover, DE 19904 |
| (302) 577-8400 | (302) 739-7641 |

Dated: April 1, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008, I electronically filed a *Substitution of Counsel* with

the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Vincent P. Meconi                                  Gary W. Aber, Esquire
Department of Health and Social Services           Aber, Goldlust, Baker & Over
New Castle County                                  702 King Street, Suite 600
Main Building                                      Wilmington, DE 19801
1901 N. DuPont Highway
Wilmington, DE 19801

                                   /s/ Kevin R. Slattery___
                                   Kevin R. Slattery (I.D. #2297)
                                   Deputy Attorney General
                                   Department of Justice
                                   820 N. French Street, 6th Floor
                                   Wilmington, DE 19801
                                   (302) 577-8400