

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

Please respond to: Civil Division

April 1, 2008

**By Hand Delivery**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
Caleb Boggs Federal Courthouse
844 N. King Street/ Lock Box 18
Wilmington, DE 19801

    Re:   **Harrison v. DHSS**
              C.A. No. 07-424

Dear Chief Judge Sleet:

     Please consider this as my request to postpone and reschedule the Rule 16 Scheduling Teleconference set for this Friday, April 4, 2008.

     This case was recently transferred to me in the last two weeks. Deputy Attorney General Patricia D. Murphy was previously assigned to this case, however, she has been reassigned within the Department of Justice to handle matters associated with the Delaware State Police. I first learned of the court's order for the scheduling teleconference and joint status report yesterday when Mr. Aber telephoned my office to forward his draft of the proposed status report. Unfortunately, I am in the middle of preparing for a trial on Thursday, and I have not had time to review the file and speak with relevant personnel at DHSS regarding this case. I am not currently in a position to adequately represent my client's position in this matter, and I feel to do so on an expedited basis would not serve their best interests. In addition, I am flying to Minneapolis, Minnesota on Friday morning to attend my niece's first holy communion this weekend. This trip has been months in the planning. As I will not be returning to Delaware until next Tuesday evening, I am requesting that the court grant a brief continuance of the teleconference. I have spoken with Mr. Aber, and he does not oppose this request.
As I already have a hearing scheduled for next Wednesday and a Child Placement Review Board Executive Committee meeting for most of the day next Friday, I would request that the court grant me until the following Monday, April 14, 2008 to submit the joint status report. Thereafter I will make myself available for the scheduling teleconference on any date this month other than April 17th and April 23rd when I will be in trial in Dover.

Hon. Gregory Sleet
April 1, 2008
Page 2

      I realize this short notice causes an inconvenience for the court, and I do apologize for that inconvenience. I have prepared and filed today the substitution of counsel so that any further lapses in notification will not occur. Should the court be inclined to grant my request, I have included a form of order for the court's consideration.

                                          Respectfully yours,

                                          Kevin R. Slattery
                                          Deputy Attorney General
                                          Bar ID# 2297

Xc.    Gary W. Aber, Esquire (via e-mail attachment and U.S. Mail)
         Patricia D. Murphy, Deputy Attorney General (via e-mail attachment)
         File

*I:/Kevin.Slattery/Litigation/Harrison/CaseUpdateExtensionRequestLetter.doc*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEIGH ANN HARRISON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-424 |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF HEALTH | ) | |
| AND SOCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the Defendants' request to continue the Rule 16 Scheduling Teleconference set for Friday, April 4, 2008, the court hereby grants the request and enters the following order for submissions to the court and rescheduling the teleconference:

Joint Status Report to be submitted on or before:   April 14, 2008.

Scheduling Teleconference to be set for:   April _____, 2008 at

_____ o'clock a.m./p.m.

**IT IS SO ORDERED.**

                                                            **GREGORY M. SLEET**
                                                            **CHIEF JUDGE**