LAW OFFICES
## ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAGAAR B. SHAH**

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

April 3, 2008

(302) 472-4900
TELECOPIER (302) 472-4920

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

RE: Harrison v. State of Delaware
C.A. No.: 07-024 (GMS)

Dear Judge Sleet:

I received your order rescheduling a telephone conference for scheduling purposes in the above-captioned matter for April 25, 2008 at 9:30 a.m. I have had now for several weeks, a conference with the Honorable M. Jane Brady in the Delaware Superior Court in the case of Harris v. Cochran Oil, C.A. No.: 06C-02-245(MJB), at 9:30 that same morning, and that conference requires my personal attendance. If it does not inconvenience the Court, I would request that the telephone conference with the Court in this matter be held an hour or two later on that same day. I have checked with Kevin Slattery, the attorney representing the defendant, who has stated that he has no objection to this request.

Thank you for Your Honor's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc: Kevin R. Slattery, Esquire